**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00079-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JEREMY S. PERES,

    Defendant.

---

**PROTECTIVE ORDER**

---

    The matter is before me on the government's **Unopposed Motion for Protective Order** [#8][1] filed March 6, 2013.   Pursuant to Fed. R. Crim. P. 16(d)(1) and for good cause shown,

    **IT IS ORDERED** as follows:

    1.  That the government's **Unopposed Motion for Protective Order** [#8] filed March 6, 2013, is **GRANTED**;

    2.  That discovery in this case will include sensitive law enforcement information that must not be publicly disclosed.  The following information, wherever identified or described in any document, record, or material of any kind, is designated as "Protected Information" and is subject to the terms of this protective order: (1) Drug Enforcement Administration (DEA) and Federal Bureau of Investigation (FBI) aircraft tail numbers;

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

(2) DEA G-Dep Indentifiers; (3) DEA case or file numbers (referenced in agency documentation as "Case No.," "File Number,"); and (4) FBI "Office File Numbers;"

      3. That Protected Information may be disclosed only to defense counsel, defense counsel's staff operating under the direct supervision and control of defense counsel, defendant, and retained defense experts and their staff, as necessary for the purpose of preparing a defense in this particular case (the "Authorized Persons"). The Protected Information will not be further disseminated;

      4. That defense shall make and distribute to the Authorized Persons only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the dates of delivery;

      5. That all persons who receive Protected Information pursuant to this order shall keep the Protected Information in strict confidence and may only use the Protected Information in connection with this case and for no other purpose;

      6. That defense counsel shall ensure that all Authorized Persons who receive Protected Information pursuant to this order are provided a copy of the court's order and are informed of their responsibility to safeguard the information and to protect it from further dissemination;

      7. That a copy of this order shall be kept with records containing Protected Information;

      8. That at the conclusion of this case, by entry of the court's judgment, defense counsel shall collect from the Authorized Persons, and Authorized Persons shall provide to defense counsel, the copies of the documents and materials containing Protected

Information that were provided to them.  Counsel shall also collect, and the Authorized Persons shall provide to counsel, any notes or other materials that the Authorized Persons created that contain the Protected Information.  Defense counsel shall return those documents containing Protected Information that were provided to the defense in discovery to the United States Attorney's Office.  Defense counsel shall destroy notes or other materials created by the Authorized Persons that contain Protected Information;

9.  That Defense counsel may retain a copy of the Protected Information at the conclusion of this case, but must ensure that the information is maintained in strict confidence, that a copy of this order remains with the documents and materials consisting of or containing the Protected Information, and may use such information only as it relates to this case; and

10.  That if a document containing Protected Information is filed with the court, the filing party must either redact the Protected Information from the document or, if the Protected Information is material to the court's determination, shall file the document as restricted at Level 1.

Dated March 6, 2013, at Denver, Colorado.

                                 **BY THE COURT:**

                                 */s/ Robert E. Blackburn*
                                 Robert E. Blackburn
                                 United States District Judge