**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 13-cr-00079-REB
(Civil Action No. 14-cv-03029-REB)

UNITED STATES OF AMERICA,

v.

1.  JEREMY S. PERES,

   Defendant.

## ORDER

After preliminary consideration of the defendant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, by December 12, 2014, the United States Attorney shall file an answer or other pleading in response to the motion.

Dated November 12, 2014, at Denver, Colorado.

          **BY THE COURT:**

          *Bob Blackburn*
          Robert E. Blackburn
          United States District Judge