**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03029-REB
(Criminal Action No. 13-cr-00079-REB-1)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

JEREMY S. PERES,

    Defendant-Movant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER DISMISSING § 2255 MOTION** [#58] of Judge Robert E. Blackburn entered on December 11, 2015, it is

ORDERED that the **Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255** [#48] filed November 7, 2014, is **DENIED**; it is further

ORDERED that a certificate of appealability is denied; and it is further

ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

Dated at Denver, Colorado this 14th day of December, 2015.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                        By:      s/ K. Finney
                                   K. Finney
                                   Deputy Clerk